UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

CHRISTOPHER WELDON,

Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA,

Defendant.

Case No. 2:26-cv-0221-JDP

**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT SUN LIFE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Judge: Hon. Jeremy D. Peterson

First Amended Complaint Filed: January 29, 2026

The Court, having reviewed the parties' Second Stipulation to Extend Time to Respond to Plaintiff's First Amended Complaint and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** that the deadline for Sun Life to file a responsive pleading to Plaintiff's First Amended Complaint is extended to August 18, 2026.

IT IS SO ORDERED.

Dated: July 15, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE